■ WARD-CARPENTER ENGINEERS, INC., Respondent, v DORIS L. SASSOWER, Appellant, et al., Defendants. [598 NYS2d 739] — Application by the appellant at oral argument, *inter alia,* to transfer an appeal from an order of the Supreme Court, Westchester County, entered March 13, 1991, to another Judicial Department.

Upon oral argument, it is,

Ordered that the application is denied. Miller, J. P., O'Brien, Copertino and Joy, JJ., concur.